UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Claudia G. Pollard,                                        Civil 09-513 PJS/FLN

            Plaintiff,

    v.                                                     O R D E R

Michael J. Astrue,
Commissioner of Social Security,

            Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated June 7, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

    1.  Plaintiff's Motion for Summary Judgment [#13] is **DENIED**; and

    2.   Defendant's Motion for Summary Judgment [#17] is **GRANTED**.

    3.  The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**

**WITH PREJUDICE.**

    LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:____06/22____, 2010                    s/Patrick J. Schiltz_____
                                             Patrick J. Schiltz
                                             United States District Judge